UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MACSTEEL, INC. a Division of
Quanex Corporation,

       Plaintiff,                    Case No. 05-74566

v.                                     Honorable Patrick J. Duggan

ERAMET NORTH AMERICA,

       Defendant.
_____/

## JUDGMENT

Plaintiff MacSteel Inc. ("MacSteel") initiated this action alleging that Defendant Eramet North America ("Eramet") breached agreements to sell silicomanganese ("SiMn") to MacSteel's facilities in Jackson, Michigan and Fort Smith, Arkansas. In an Opinion and Order issued on November 16, 2006, this Court held that Eramet breached its promise to sell SiMn to MacSteel's Fort Smith facility during the first half of 2004; however the Court did not determine at that time whether MacSteel suffered any damages as a result of Eramet's breach. On today's date, the Court issued a Bench Opinion finding that Eramet also breached its promise to sell SiMn to MacSteel's Jackson facility during the second half of 2004. The Court further concluded in its Bench Opinion that MacSteel is entitled to damages totaling $664,766.41.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Judgment is entered in favor of MacSteel and against Eramet in the amount of $664,766.41.

Date: February 26, 2007			s/PATRICK J. DUGGAN
						UNITED STATES DISTRICT JUDGE

Copies to:
Jeffrey G. Muth, Esq.
Daniel R. Gravelyn, Esq.
Jonathan S. Groat, Esq.
Terry A. Shulsky, Esq.